■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLEG SAMILENKO, Appellant. — Resentence of the Supreme Court, Suffolk County (D'Amaro, J.), imposed December 14, 1982, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Gulotta, O'Connor and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES SPARACINO, Appellant. — Judgment of the Supreme Court, Queens County (O'Dwyer, J.), rendered November 16, 1982, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Gibbons, O'Connor and Rubin, JJ., concur.

• ■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT WOOTEN, Appellant. — Appeal by defendant from three judgments of the Supreme Court, Kings County (Bonomo, J.), all rendered November 25, 1981, convicting him of three counts of robbery in the first degree, upon his respective pleas of guilty, and imposing sentences. Judgments affirmed. We note that at the time of defendant's attempt to withdraw his guilty pleas, he made no claim of factual innocence. Rather, he simply sought to obtain a better bargain with respect to the sentences to be imposed. Mollen, P. J., Titone, O'Connor and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST PORTALATIN, Respondent, v NEW YORK STATE BOARD OF PAROLE et al., Appellants. — In a habeas corpus proceeding arising from the denial of the right to a timely parole revocation hearing (Executive Law, § 259-i, subd 3, par [f], cl [i]), the appeal is from a judgment of the Supreme Court, Queens County (Naro, J.), dated February 10, 1982, which, after a hearing, sustained the writ, vacated petitioner's parole revocation warrant and restored him to parole status. Judgment affirmed, without costs or disbursements. (See, e.g., *People ex rel. Gonzales v Dalsheim,* 52 NY2d 9; *People ex rel. Durham v Flood,* 93 AD2d 847.) Lazer, J. P., Thompson, Niehoff and Boyers, JJ., concur.